UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEVARIEN ZYMELL DUNLAP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PANDA EXPRESS,<br><br>　　　　Defendant. | Case No.  25-cv-08217-EMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; AND DISMISSING CASE**<br><br>Docket No. 9 |

Plaintiff Jevarien Zymell Dunlap has filed an employment discrimination suit against Defendant Panda Express.  Magistrate Judge Beeler granted his request to proceed in forma pauperis ("IFP") but, as part of the required screening under 28 U.S.C. § 1915(e), found his complaint deficient.  She also indicated that there may be an issue with venue.  Judge Beeler allowed Mr. Dunlap to file an amended complaint to address the issues she identified and expressly warned that, if he failed to do so, his complaint could be dismissed.  *See* Docket No. 8 (order).   Mr. Dunlap failed to file an amended complaint.  Thereafter, Judge Beeler issued a report and recommendation ("R&R"), in which she recommends that Mr. Dunlap's case be dismissed because there are no viable claims based on the complaint as pled.  *See* Docket No. 9 (R&R).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court has reviewed Judge Beeler's R&R.  It finds the R&R and related screening
2 order thorough, well reasoned, and correct.  Furthermore, Mr. Dunlap has failed to file any
3 objection to the R&R.  Accordingly, the Court hereby **ADOPTS** the R&R in its entirety and
4 dismisses Mr. Dunlap's case with prejudice.

5  The Clerk of the Court is instructed to enter a final judgment in accordance with this order
6 and close the file in this case.

7  This order disposes of Docket No. 9.

9  **IT IS SO ORDERED**.

11 Dated: November 24, 2025

_____
EDWARD M. CHEN
United States District Judge